Prob 35 (VAE Rev. 02/14)

**Report and Order Terminating Supervised Release  
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.                                             Crim. No. 1:12CR00443-001

KENNETH DIPASQUALE

On June 26, 2015, the above-named defendant was placed on supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*Kenneth D. Orsino*  
Kenneth G. Orsino  
2017.01.31 15:38:59  
-05'00'

Kenneth G. Orsino  
U.S. Probation Officer  
(703) 366-2109

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___2nd___ day of ___February___, 20_17_.

/s/  
Anthony J. Trenga  
United States District Judge  
Anthony J. Trenga  
United States District Court Judge

**TO CLERK'S OFFICE**